JOHN DAVIES, Respondent, v. CHARLES J. ZIPP, Appellant.— Judgment affirmed,

52

with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HOPKINS OF BUFFALO, INCORPORATED, Respondent, v. SALLIE C. LANDT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.